**Fill in this information to identify the case:**

Debtor 1: Torshaun Stamps

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 13-09338

# Form 4100R
# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** HSBC Bank USA, N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 8 7 7 3

**Court claim no.** (if known): 7

**Property address:** 1046 32nd Ave.
Number    Street

Bellwood    IL    60104
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05/01/2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | **Torshaun Stamps** | Case number (*if known*) | 13-09338 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.



✗ **Timothy R. Yueill**
Signature

Date  04/27/2018

Print  **Timothy   R   Yueill**
First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  **Law Offices of Ira T. Nevel, LLC**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  **175 N. Franklin St.**
Number    Street

**Chicago**        **IL**      60606
City                State    ZIP Code

Contact phone  ( **312** ) **357** – **1125**

Email  TimothyY@Nevellaw.com

# UNITED STATES BANKRUPTCY COURT

Case No:

**Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 04/27/2018

| | |
|---|---|
| Ch. 13 Trustee: | Tom Vaughn |
| Trustee Address: | 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 |
| Trustee Email: | |
| | |
| U.S. Trustee Name: | Patrick S Layng  Office of the U.S. Trustee, Region 11 |
| U.S. Trustee Address: | 219 S. Dearborn St., Room 873, Chicago, IL 60604 |
| U.S. Trustee Email: | |
| | |
| Debtor's Counsel Name: | William E. Jamison Jr., Attorney at Law |
| Debtor's Counsel Address: | 53 W. Jackson Blvd., 309, Chicago, IL 60604 |
| Debtor's Counsel Email | |
| | |
| Debtor 1 Name: | Torshaun Stamps |
| Debtor 2 Name | |
| Debtor's Mailing Address: | 1046 32nd Ave., Bellwood, IL 60104 |
| Debtor Email: | |

_/s/ Timothy R. Yueill, Esq.