UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>TORSHAUN STAMPS<br><br>Debtor(s) | Chapter 13<br>Case No. 13-09338<br><br>Judge JACQUELINE P. COX |

## NOTICE OF WITHDRAWAL OF NOTICE OF FINAL CURE MORTGAGE PAYMENT RE: RULE 3002.1

The Notice of Final Cure Mortgage Payment re: Rule 3002.1 filed on behalf of HSBC Bank USA, N.A. on April 27, 2018 is hereby withdrawn.

*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Counsel for HSBC Bank USA, N.A.

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 16-01120